**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01188-KLM

PATRICK ADAMS, individually and as
Personal Representative of the Estate of
Andree C. Adams; and CHRISTELLE BECK,

        Plaintiffs,

v.

SUNRISE SENIOR LIVING, LLC, a Virginia
Corporation; SZR ORCHARD AL, LLC d/b/a
SUNRISE AT ORCHARD; and DOES 1-5,

        Defendants

---

**DEFENDANT SZR ORCHARD AL, LLC D/B/A SUNRISE AT ORCHARD'S
ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S AMENDED COMPLAINT**

---

Defendant SZR Orchard, AL d/b/a Sunrise at Orchard ("Sunrise at Orchard"), by and through its undersigned counsel, Gordon Rees Scully Mansukhani LLP, hereby submits its Answer to Plaintiff's Amended Complaint and Jury Demand as follows:

## I. STATEMENT OF THE PARITES AND JURISDICTION

1. Defendant is without information or knowledge sufficient to admit or deny the allegations in Paragraph 1 of the Complaint and, therefore, denies the same.

2. Defendant is without information or knowledge sufficient to admit or deny the allegations in Paragraph 2 of the Complaint and, therefore, denies the same.

3. With respect to the allegations contained in Paragraph 3 of the Amended Complaint, they are denied.

4. Defendant is without information or knowledge sufficient to admit or deny the allegations in Paragraph 4 of the Complaint, and therefore, denies the same.

5. Defendant is without information or knowledge sufficient to admit or deny the allegations in Paragraph 5 of the Complaint, and therefore, denies the same.

6.    Defendant is without information or knowledge sufficient to admit or deny the allegations in Paragraph 6 of the Complaint, and therefore, denies the same.

7.    With respect to the allegations contained in Paragraph 7 of the Complaint, they are denied as phrased. Admitted only that SZR Orchard, AL, LLC is authorized to transact business in Colorado. Each and every remaining allegation is denied.

8.    With respect to the allegations contained in Paragraph 8 of the Complaint, admitted only that Defendant SZR Orchard AL, LLC is a Colorado limited liability company that does business as Sunrise at Orchard, is authorized to conduct business in Colorado, and that Sunrise at Orchard is an assisted living facility located at 5975 S Holly St. Littleton, CO 80121. Each and every remaining allegations is denied.

9.    With respect to the allegations contained in Paragraph 9 of the Complaint, admitted.

10.    With respect to the allegations contained in Paragraph 10 of the Complaint, denied as phrased.

11.    With respect to the allegations contained in Paragraph 11 of the Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, denied as phrased.

12.    With respect to the allegations contained in Paragraph 12 of the Complaint, upon information and belief, admitted that Ms. Adams was a resident at Sunrise at Orchard from May 28, 2019 through June 12, 2019. Each and every remaining allegation is denied as phrased.

13.    With respect to the allegations contained in Paragraph 13 of the Complaint, they are denied.

14.    With respect to the allegations contained in Paragraph 14 of the Complaint, they are denied.

## II.  FACTUAL BACKGROUND

15.    Defendant adopts and incorporates its responses to Paragraphs 1 through 14 above as though fully stated herein.

16.    With respect to the allegations contained in Paragraph 16 of the Complaint, they are admitted.

17.    With respect to the allegations contained in Paragraph 17 of the Complaint, Defendant is without information or knowledge sufficient to admit or deny the allegations, therefore, they are denied.

18.	With respect to the allegations contained in Paragraph 18 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

19.	With respect to the allegations contained in Paragraph 19 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

20.	With respect to the allegations contained in Paragraph 20 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

21.	With respect to the allegations contained in Paragraph 21 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations. Specifically, it is unclear who Plaintiffs are referring to when they reference "the management." Therefore, Defendant denies the allegations.

22.	With respect to the allegations contained in Paragraph 22 of the Complaint, admitted that Mrs. Adams was assessed prior to admission to determine whether she was appropriate for placement.

23.	With respect to the allegations contained in Paragraph 23 of the Complaint, the medical records speak for themselves, therefore, no response is required. Defendant denies each and every allegation contained in this paragraph that is in any way inconsistent with the information contained in the medical records.

24.	With respect to the allegations contained in Paragraph 24 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

25.	With respect to the allegations contained in Paragraph 25 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

26.	With respect to the allegations contained in Paragraph 26 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

27.	With respect to the allegations contained in Paragraph 27 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations. Specifically, it is unclear who Plaintiffs' are referring to when they allege "Sunrise at Orchard" made specific comments or statements. Admitted only to the extent that Sunrise at Orchard, together with Mrs. Adams' physician(s) determined Mrs. Adams was appropriate for placement at the facility and that the facility could meet the resident's needs. Each and every remaining allegation is denied.

28.     With respect to the allegations contained in Paragraph 28 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

29.     With respect to the allegations contained in Paragraph 29 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

30.     With respect to the allegations contained in Paragraph 30 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

31.     With respect to the allegations contained in Paragraph 31 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

32.     With respect to the allegations contained in Paragraph 32 of the Complaint, the medical records speak for themselves, therefore, no response is required. Defendant denies each and every allegation contained in this Paragraph that is inconsistent with the information contained in the medical records.

33.     With respect to the allegations contained in Paragraph 33 of the Complaint, the medical records speak for themselves, therefore, no response is required. Defendant denies each and every allegation contained in this Paragraph that is inconsistent with the information contained in the medical records.

34.     With respect to the allegations contained in Paragraph 34 of the Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

35.     With respect to the allegations contained in Paragraph 35 of the Complaint, they are denied.

36.     With respect to the allegations contained in Paragraph 36, they are denied as phrased.

37.     With respect to the allegations contained in Paragraph 37, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

38.     With respect to the allegations contained in Paragraph 38, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the allegations are denied.

39. With respect to the allegations contained in Paragraph 39, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

40. With respect to the allegations contained in Paragraph 37, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

41. With respect to the allegations contained in Paragraph 41, the allegations are denied as phrased.

42. With respect to the allegations contained in Paragraph 42, the allegations are denied.

43. With respect to the allegations contained in paragraph 43, admitted that a report was filed with the State of Colorado. Each and every remaining allegation is denied.

44. With respect to the allegations contained in Paragraph 44, the records speak for themselves; therefore, no response is required.

45. With respect to the allegations contained in Paragraph 45 of the Complaint, they are denied as phrased.

46. With respect to the allegations contained in Paragraph 46 of the Complaint, they are denied as phrased.

47. With respect to the allegations contained in Paragraph 47 of the Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

48. With respect to the allegations contained in Paragraph 48 of the Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

49. With respect to the allegations contained in Paragraph 49 of the Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation that is inconsistent with the information contained in the medical records is denied.

50. With respect to the allegations contained in Paragraph 50 of the Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is

required, the medical records speak for themselves. Each and every allegation that is inconsistent with the information contained in the medical records is denied.

51.     With respect to the allegations contained in Paragraph 51 of the Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the allegations are denied as phrased.

52.     With respect to the allegations contained in Paragraph 52 of the Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the allegations are denied as phrased.

53.     With respect to the allegations contained in Paragraph 53 of the Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the allegations are denied as phrased.

54.     With respect to the allegations contained in Paragraph 54 of the Complaint, they are denied as phrased.

55.     With respect to the allegations contained in Paragraph 55 of the Complaint, they are denied as phrased.

56.     With respect to the allegations contained in Paragraph 56 of the Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

57.     With respect to the allegations contained in Paragraph 57 of the Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

58.     With respect to the allegations contained in Paragraph 58 of the Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation that is inconsistent with the information contained in the medical records is denied.

59.     With respect to the allegations contained in Paragraph 59 of the Complaint, they are denied.

60.     With respect to the allegations contained in Paragraph 60 of the Complaint, they are denied.

61.     With respect to the allegations contained in Paragraph 61 of the Complaint, they are not directed at this Defendant, therefore, no response is required.

62.    With respect to the allegations contained in Paragraph 62 of the Complaint, they are denied.

63.    With respect to the allegations contained in Paragraph 63 of the Complaint, they are denied.

64.    With respect to the allegations contained in Paragraph 64 of the Complaint, they are denied.

65.    With respected to the allegations contained in Paragraph 65 of the Complaint, the medical records speak for themselves, and therefore, no response is required. Each and every allegation that is inconsistent with the information contained in the medical records is denied.

66.    With respect to the allegations contained in Paragraph 66 of the Complaint, they are denied.

67.    With respect to the allegations contained in Paragraph 67 of the Complaint, they are denied.

68.    With respect to the allegations contained in Paragraph 68 of the Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

69.    With respect to the allegations contained in Paragraph 69 of the Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

70.    With respect to the allegations contained in Paragraph 70 of the Complaint, they are denied.

71.    With respect to the allegations contained in Paragraph 71 of the Complaint, they are denied.

72.    With respect to the allegations contained in Paragraph 72 of the Complaint, they are denied.

73.    With respect to the allegations contained in Paragraph 73 of the Complaint, they are denied.

74.    With respect to the allegations contained in Paragraph 74 of the Complaint, Defendant admits only to those duties and obligations specifically prescribed by applicable state and federal statutes and regulations. Each and every allegation contained in this paragraph that is inconsistent with those state and federal statutes and regulations is hereby denied.

75. With respect to the allegations contained in Paragraph 75 of the Complaint, Defendant admits only to those duties and obligations specifically prescribed by applicable state and federal statutes and regulations. Each and every allegation contained in this paragraph that is inconsistent with those state and federal statutes and regulations is hereby denied.

76. With respect to the allegations contained in Paragraph 76 of the Complaint, they are denied.

77. With respect to the allegations contained in Paragraph 77 of the Complaint, they are denied.

78. With respect to the allegations contained in Paragraph 73 of the Complaint, they are denied.

79. With respect to the allegations contained in Paragraph 79 of the Complaint, they are denied as phrased.

80. With respect to the allegations contained in Paragraph 80 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

81. With respect to the allegations contained in Paragraph 81 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

82. With respect to the allegations contained in Paragraph 82 of the Complaint, the medical records speak for themselves, therefore, no response is required. Furthermore, these allegations are not directed at this Defendant, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

83. With respect to the allegations contained in Paragraph 83 of the Complaint, the medical records speak for themselves, therefore, no response is required. Furthermore, these allegations are not directed at this Defendant, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

84. With respect to the allegations contained in Paragraph 84 of the Complaint, the medical records speak for themselves, therefore, no response is required. Furthermore, these allegations are not directed at this Defendant, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

85.    With respect to the allegations contained in Paragraph 85 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

86.    With respect to the allegations contained in Paragraph 86 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations contained in the Complaint, therefore, they are denied.

87.    With respect to the allegations contained in Paragraph 87 of the Complaint, they are denied.

88.    With respect to the allegations contained in Paragraph 88 of the Complaint, they are denied.

89.    With respect to the allegations contained in Paragraph 89 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations contained in the Complaint, therefore, they are denied.

90.    With respect to the allegations contained in Paragraph 90 of the Complaint, the medical records speak for themselves, therefore, no response is required. Furthermore, these allegations are not directed at this Defendant, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

91.    With respect to the allegations contained in Paragraph 91 of the Complaint, the medical records speak for themselves, therefore, no response is required. Furthermore, these allegations are not directed at this Defendant, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

92.    With respect to the allegations contained in Paragraph 92 of the Complaint, the medical records speak for themselves, therefore, no response is required. Furthermore, these allegations are not directed at this Defendant, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

93.    With respect to the allegations contained in Paragraph 93 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

94.    With respect to the allegations contained in Paragraph 94 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations contained in the Complaint, therefore, they are denied.

95.     With respect to the allegations contained in Paragraph 93 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

96.     With respect to the allegations contained in Paragraph 96 of the Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations contained in the Complaint, therefore, they are denied.

97.     With respect to the allegations contained in Paragraph 97 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

98.     With respect to the allegations contained in Paragraph 98 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

99.     With respect to the allegations contained in Paragraph 99 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

100.    With respect to the allegations contained in Paragraph 100 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

101.    With respect to the allegations contained in Paragraph 101 of the Complaint, they are hereby denied.

102.    With respect to the allegations contained in Paragraph 102 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

103.    With respect to the allegations contained in Paragraph 103 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

104.    With respect to the allegations contained in Paragraph 104 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation

contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

105. With respect to the allegations contained in Paragraph 105 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

106. With respect to the allegations contained in Paragraph 106 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

107. With respect to the allegations contained in Paragraph 107 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

108. With respect to the allegations contained in Paragraph 108 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

109. With respect to the allegations contained in Paragraph 109 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

110. With respect to the allegations contained in Paragraph 110 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

111. With respect to the allegations contained in Paragraph 111 of the Complaint, the medical records speak for themselves, therefore, no response is required. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied.

### III.    FIRST CLAIM FOR RELIEF
### (Negligence)

112. Defendant adopts and incorporates its responses to Paragraphs 1 through 111 above as though fully stated herein.

113.     Concerning the allegations contained in Paragraph 113 of the Complaint, the allegations contained in this Paragraph call for legal conclusions to which no response is required. To the extent a response is required, Defendant admits only to those duties imposed expressly by state and federal regulations. Each and every remaining allegation is denied.

114.     Concerning the allegations contained in Paragraph 114 of the Complaint, the allegations contained in this Paragraph call for legal conclusions to which no response is required. To the extent a response is required, Defendant admits only to those duties imposed expressly by state and federal regulations. Each and every remaining allegation is denied.

115.     Concerning the allegations contained in Paragraph 115 of the Complaint, the allegations contained in this Paragraph call for legal conclusions to which no response is required. To the extent a response is required, Defendant admits only to those duties imposed expressly by state and federal regulations. Each and every remaining allegation is denied, including all subparts.

116.     Concerning the allegations contained in Paragraph 116 of the Complaint, they are denied, including all subparts.

117.     Concerning the allegations contained in paragraph 117 of the Complaint, they are denied, including all subparts.

118.     Concerning the allegations contained in Paragraph 118 of the Complaint, they are denied.

119.     Concerning the allegations contained in Paragraph 119 of the Complaint, they are denied.

## IV.     SECOND CLAIM FOR RELIEF
### (Negligence Per Se)

120-123.  Defendant has filed a Motion to Dismiss Plaintiff's Second Claim for Relief, therefore, no response is required.

## V.     THIRD CLAIM FOR RELIEF
### (Vicarious Liability of Defendants for the Acts and Omissions of Defendants' Employees and/or Agents for Negligence and Negligence Per Se)

124-126. Defendant has filed a Motion to Dismiss Plaintiff's Third Claim for Relief, therefore, no response is required.

## VI.     FOURTH CLAIM FOR RELIEF
### (Negligent Training and Supervision)

127. Defendant adopts and incorporates its responses to Paragraphs 1 through 126 above as though fully set forth herein.

128. Concerning the allegations contained in Paragraph 128 of the Complaint, the allegations contained in this Paragraph call for legal conclusions to which no response is required. To the extent a response is required, Defendant admits only to those duties imposed expressly by state and federal regulations. Each and every remaining allegation is denied.

129. Concerning the allegations contained in Paragraph 129 of the Complaint, they are denied.

130. Concerning the allegations contained in Paragraph 130 of the Complaint, they are denied.

## VII.    FIFTH CLAIM FOR RELIEF
### (Negligent Hiring and Staffing)

131. Defendant adopts and incorporates its responses to Paragraphs 1 through 130 above as though fully set forth herein.

132. Concerning the allegations contained in Paragraph 132 of the Complaint, the allegations contained in this Paragraph call for legal conclusions to which no response is required. To the extent a response is required, Defendant admits only to those duties imposed expressly by state and federal regulations. Each and every remaining allegation is denied.

133. Concerning the allegations contained in Paragraph 133 of the Complaint, the allegations contained in this Paragraph call for legal conclusions to which no response is required. To the extent a response is required, Defendant admits only to those duties imposed expressly by state and federal regulations. Each and every remaining allegation is denied.

134. Concerning the allegations contained in Paragraph 134 of the Complaint, the allegations contained in this Paragraph call for legal conclusions to which no response is required. To the extent a response is required, Defendant admits only to those duties imposed expressly by state and federal regulations. Each and every remaining allegation is denied.

135. Concerning the allegations contained in Paragraph 135 of the Complaint, they are denied, including all subparts.

136. Concerning the allegations contained in Paragraph 136 of the Complaint, they are denied.

137. Concerning the allegations contained in Paragraph 137 of the Complaint, they are denied.

138. Concerning the allegations contained in paragraph 138 of the Complaint, they are denied.

139. Concerning the allegations contained in paragraph 139 of the Complaint, they are denied.

140. Concerning the allegations contained in paragraph 140 of the Complaint, they are denied.

## VIII.   SIXTH CLAIM FOR RELIEF
### (Damages for Wrongful Death Pursuant to C.R.S. §13-21-210)

141.  Defendant adopts and incorporates its responses to Paragraphs 1 through 140 above as though fully set forth herein.

142. Concerning the allegations contained in paragraph 142 of the Complaint, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, denied.

143. Concerning the allegations contained in Paragraph 143 of the Complaint, they are denied.

144. Concerning the allegations contained in Paragraph 144 of the Complaint, they are denied.

145. Concerning the allegations contained in Paragraph 145 of the Complaint, they are denied.

146. Concerning the allegations contained in Paragraph 146 of the Complaint, they are denied.

## IX. SEVENTH CLAIM FOR RELIEF
### (Violation of the Colorado Consumer Protection Act)

147. Defendant adopts and incorporates its responses to Paragraphs 1 through 147 above as though fully set forth herein.

148. Concerning the allegations contained in Paragraph 148 of the Complaint, they are denied.

149. Concerning the allegations contained in Paragraph 149 of the Complaint, the Residency Agreement speaks for itself, therefore, no response is required. Defendant denies each and every allegation that is inconsistent with the express language of the Agreement.

150. Concerning the allegations contained in Paragraph 150 of the Complaint, the Residency Agreement speaks for itself, therefore, no response is required. Defendant denies each and every allegation that is inconsistent with the express language of the Agreement.

151. Concerning the allegations contained in Paragraph 151 of the Compliant, they are denied.

14

152.    Concerning the allegations contained in Paragraph 152 of the Complaint, they are denied.

153.    Concerning the allegations contained in Paragraph 153 of the Complaint, they are denied.

154.    Concerning the allegations contained in Paragraph 154 of the Complaint, they are denied.

155.    Concerning the allegations contained in Paragraph 155 of the Complaint, they are denied.

## X.  EIGHTH CLAIM FOR RELIEF
### (Breach of Contract)

156-160.  Defendant has filed a Motion to Dismiss Plaintiffs' Eighth Claim for Relief, therefore, no response is required.

## XI.  PRAYER FOR RELIEF

Defendant denies each and every allegation contained in Plaintiffs' prayer for relief including denying Plaintiffs are entitled to recovery of any damages, including economic losses, non-economic losses, attorney's fees, any damages provided for by the Colorado Wrongful Death Act, costs, fees, interest, exemplary damages, or any such requested relief.

## AFFIRMATIVE AND OTHER DEFENSES

### First Defense

Plaintiff may have failed to state a claim upon which relief may be granted.

### Second Defense

Plaintiff may lack standing to assert claims against Defendant.

### Third Defense

The damages complained of by the Plaintiff may have been caused by acts or omissions of others over whom Defendant had no control or right of control.

### Fourth Defense

Recovery by Plaintiff, if any, is limited to damages flowing solely from the conduct of Defendant pursuant to Section 13-21-111.5, C.R.S.  Defendant reserves the right to designate non-parties pursuant to subsection (3)(b) of the statute, and to assert the applicable substantive and

procedural provisions of the Colorado Uniform Contribution Among Tortfeasors Act, Section 13-50.5-102, *et seq.*, C.R.S.

## Fifth Defense

Plaintiff's injuries, damages, and losses, if any, may have been the result of Plaintiff's failure to mitigate damages.

## Sixth Defense

This action may be barred by the applicable statute of limitations.

## Seventh Defense

Plaintiff's alleged injuries, damages, and losses were not caused by any alleged act or omission of Defendant.

## Eighth Defense

Plaintiff may not be a real party in interest to sue for all or part of the alleged damages.

## Ninth Defense

In the event judgment is entered against Defendant, it is entitled to a reduction of the judgment pursuant to Section 13-21-111.6, C.R.S., to the extent and the amount of any collateral source payments. Further, Defendant hereby notifies the Plaintiff of its intent to rely upon Section 13-64-402, C.R.S., with respect to any subrogated claims by or on behalf of any third-party payor or provider.

## Tenth Defense

Upon information and belief, Plaintiff's injuries and damages, if any, may have been a direct and proximate result of Plaintiff's own negligence, which negligence bars or comparatively diminishes Plaintiff's right of recovery pursuant to Section 13-21-111, C.R.S.

## Eleventh Defense

Upon information and belief, Plaintiff's injuries and damages, if any, may have been the result of one or more pre-existing conditions.

## Twelfth Defense

Plaintiff's claims for both economic and non-economic damages are limited by the provisions of the Health Care Availability Act, Section 13-64-101, *et seq.*, C.R.S.

### Thirteenth Defense

Plaintiff's claims may be dismissed for failure to plead with sufficient particularity.

### Fourteenth Defense

Plaintiff's claims may have been proximately caused by unforeseeable, independent, intervening or superseding events beyond the control and unrelated to the conduct of Defendant. Defendant's actions and omissions, if any, were superseded by such unforeseeable, independent, intervening and superseding events, and as such, Defendant is not liable.

### Fifteenth Defense

Defendant asserts all affirmative defenses available under federal and state statutes and regulations, including, but not limited to, 42 U.S.C. § 1396, *et seq.*, 42 C.F.R. § 483, *et seq.*, Chapter V of the Colorado Department of Public Health and Environment Regulations, and related judicial authorities interpreting and applying them.

### Sixteenth Defense

Plaintiff is not entitled to attorney fees.

### Seventeenth Defense

Plaintiff's claims may be barred by contracts/agreements between the parties.

### Eighteenth Defense

Plaintiff is not entitled to a jury trial pursuant to the express waiver of same in the contracts/agreements entered into between the parties.

Respectfully submitted this 25th day of June 2020.

  *s/ Karen M. Shimonsky*

Peggy E. Kozal
Karen M. Shimonsky
GORDON REES SCULLY MANSUKHANI LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Tel:  (303) 534-5160
Fax: (303) 534-5161
pkozal@grsm.com
kshimonskky@grsm.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of June 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel of record:

Leslie A. Frost
FROST & BECK, PC
6898 S. University Blvd., Suite 110
Centennial, CO 80122
leslie@frostbecklaw.com

*Attorneys for Plaintiffs*

_s/ Linda S. Montoya_
FOR GORDON REES SCULLY MANSUKHANI, LLP