**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01188-KLM

PATRICK ADAMS, individually and as
Personal Representative of the Estate of
Andree C. Adams; and CHRISTELLE BECK,

      Plaintiffs,

v.

SUNRISE SENIOR LIVING, LLC, a Virginia
Corporation; SZR ORCHARD AL, LLC d/b/a
SUNRISE AT ORCHARD; and DOES 1-5,

      Defendants.

---

**DEFENDANT SUNRISE SENIOR MANAGEMENT, INC.'S ANSWER AND
AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT**

---

Defendant Sunrise Senior Management, Inc., by and through its undersigned counsel, Gordon Rees Scully Mansukhani LLP, hereby submits its Answer to the Amended Complaint and Jury Demand as follows:

## I.   STATEMENT OF THE PARITES AND JURISDICTION

1.     Defendant is without information or knowledge sufficient to admit or deny the allegations in Paragraph 1 of the Amended Complaint and, therefore, denies the same.

2.     Defendant is without information or knowledge sufficient to admit or deny the allegations in Paragraph 2 of the Amended Complaint and, therefore, denies the same.

3.     With respect to the allegations contained in Paragraph 3 of the Amended Complaint, they are denied.

4.     Defendant is without information or knowledge sufficient to admit or deny the allegations in Paragraph 4 of the Amended Complaint, and therefore, denies the same.

5.     Defendant is without information or knowledge sufficient to admit or deny the allegations in Paragraph 5 of the Amended Complaint, and therefore, denies the same.

6.  Defendant is without information or knowledge sufficient to admit or deny the allegations in Paragraph 6 of the Amended Complaint, and therefore, denies the same.

7.  With respect to the allegations contained in Paragraph 7 of the Amended Complaint, they are denied as phrased. Admitted only that SZR Orchard, AL, LLC is authorized to transact business in Colorado. Each and every remaining allegation is denied.

8.  With respect to the allegations contained in Paragraph 8 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant SZR Orchard AL, LLC is a Colorado limited liability company that does business as Sunrise at Orchard, is authorized to conduct business in Colorado, and that Sunrise at Orchard is an assisted living facility located at 5975 S Holly St. Littleton, CO 80121. Each and every remaining allegations is denied.

9.  With respect to the allegations contained in Paragraph 9 of the Amended Complaint, admitted Sunrise Senior Living Management, Inc. provides management services to Sunrise at Orchard.

10.  With respect to the allegations contained in Paragraph 10 of the Amended Complaint, denied as phrased.

11.  With respect to the allegations contained in Paragraph 11 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, denied as phrased.

12.  With respect to the allegations contained in Paragraph 12 of the Amended Complaint, Defendant is without sufficient information to admit or deny the allegations contained in this Paragraph. Further the medical records speak for themselves. Defendant denies each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records.

13.  With respect to the allegations contained in Paragraph 13 of the Amended Complaint, they are denied.

14.  With respect to the allegations contained in Paragraph 14 of the Amended Complaint, they are denied.

## II.    FACTUAL BACKGROUND

15.  Defendant adopts and incorporates its responses to Paragraphs 1 through 14 above as though fully stated herein.

16.  With respect to the allegations contained in Paragraph 16 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, upon information and belief, admitted.

17.     With respect to the allegations contained in Paragraph 17 of the Amended Complaint, Defendant is without information or knowledge sufficient to admit or deny the allegations, therefore, they are denied.

18.     With respect to the allegations contained in Paragraph 18 of the Amended Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

19.     With respect to the allegations contained in Paragraph 19 of the Amended Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

20.     With respect to the allegations contained in Paragraph 20 of the Amended Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

21.     With respect to the allegations contained in Paragraph 21 of the Amended Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations. Specifically, it is unclear who Plaintiffs are referring to when they reference "the management." Therefore, Defendant denies the allegations.

22.     With respect to the allegations contained in Paragraph 22 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves, therefore, no response is required. Defendant denies each and every allegation contained in this paragraph that is in any way inconsistent with the information contained in the medical records.

23.     With respect to the allegations contained in Paragraph 23 of the Amended Complaint, the medical records speak for themselves, therefore, no response is required. Defendant denies each and every allegation contained in this paragraph that is in any way inconsistent with the information contained in the medical records.

24.     With respect to the allegations contained in Paragraph 24 of the Amended Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

25.     With respect to the allegations contained in Paragraph 25 of the Amended Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

26.     With respect to the allegations contained in Paragraph 26 of the Amended Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

27.     With respect to the allegations contained in Paragraph 27 of the Amended Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations. Specifically, it is unclear who Plaintiffs' are referring to when they allege "Sunrise at Orchard" made specific comments or statements. Additionally, the medical records speak for themselves, therefore no response is required. Defendant denies each and every allegation that is inconsistent with the information contained in the medical records.

28.     With respect to the allegations contained in Paragraph 28 of the Amended Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

29.     With respect to the allegations contained in Paragraph 29 of the Amended Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

30.     With respect to the allegations contained in Paragraph 30 of the Amended Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

31.     With respect to the allegations contained in Paragraph 31 of the Amended Complaint, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

32.     With respect to the allegations contained in Paragraph 32 of the Amended Complaint, the medical records speak for themselves, therefore, no response is required. Defendant denies each and every allegation contained in this Paragraph that is inconsistent with the information contained in the medical records.

33.     With respect to the allegations contained in Paragraph 33 of the Amended Complaint, Defendant is without sufficient knowledge or information to admit or deny the allegations. Further, the medical records speak for themselves, therefore, no response is required. Defendant denies each and every allegation contained in this Paragraph that is inconsistent with the information contained in the medical records.

34.     With respect to the allegations contained in Paragraph 34 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

35.     With respect to the allegations contained in Paragraph 35 of the Amended Complaint, Defendant is without sufficient knowledge to admit or deny the allegations, therefore, they are denied.

36.     With respect to the allegations contained in Paragraph 36 of the Amended Complaint, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

37.     With respect to the allegations contained in Paragraph 37 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

38.     With respect to the allegations contained in Paragraph 38 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the allegations are denied.

39.     With respect to the allegations contained in Paragraph 39 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

40.     With respect to the allegations contained in Paragraph 40 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

41.     With respect to the allegations contained in Paragraph 41 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, the allegations are denied as phrased.

42.     With respect to the allegations contained in Paragraph 42 of the Amended Complaint they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to admit or deny the allegations the allegations are denied.

43.     With respect to the allegations contained in paragraph 43 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant defers to the records, which speak for themselves. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore they are denied.

44.     With respect to the allegations contained in Paragraph 44 of the Amended Complaint, the records speak for themselves, therefore, no response is required.

45.     With respect to the allegations contained in Paragraph 45 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant defers to the records, which speak for themselves. Furthermore,

Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore they are denied.

46.    With respect to the allegations contained in Paragraph 46 of the Amended Complaint, they are denied as phrased. they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

47.    With respect to the allegations contained in Paragraph 47 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

48.    With respect to the allegations contained in Paragraph 48 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

49.    With respect to the allegations contained in Paragraph 49 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation that is inconsistent with the information contained in the medical records is denied.

50.    With respect to the allegations contained in Paragraph 50 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation that is inconsistent with the information contained in the medical records is denied.

51.    With respect to the allegations contained in Paragraph 51 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, the allegations are denied.

52.    With respect to the allegations contained in Paragraph 52 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, the allegations are denied.

53.    With respect to the allegations contained in Paragraph 53 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, the allegations are denied.

54.    With respect to the allegations contained in Paragraph 54 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the

extent a response is required, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, the allegations are denied.

55.     With respect to the allegations contained in Paragraph 55 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, the allegations are denied.

56.     With respect to the allegations contained in Paragraph 56 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

57.     With respect to the allegations contained in Paragraph 57 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

58.     With respect to the allegations contained in Paragraph 58 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation that is inconsistent with the information contained in the medical records is denied.

59.     With respect to the allegations contained in Paragraph 59 of the Amended Complaint, they are not directed at this Defendant, therefore no response is required. To the extent a response is required, denied there was inadequate staffing or that any resident was being neglected. Defendant is without sufficient knowledge or information as to the remaining allegations, therefore they are denied.

60.     With respect to the allegations contained in Paragraph 60 of the Amended Complaint, they are not directed at this Defendant, therefore no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

61.     With respect to the allegations contained in Paragraph 61 of the Amended Complaint, they are not directed at this Defendant, therefore no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

62.     With respect to the allegations contained in Paragraph 62 of the Amended Complaint, they are not directed at this Defendant, therefore no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

63.     With respect to the allegations contained in Paragraph 63 of the Amended Complaint, they are not directed at this Defendant, therefore no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

64.     With respect to the allegations contained in Paragraph 64 of the Amended Complaint, they are not directed at this Defendant, therefore no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

65.     With respected to the allegations contained in Paragraph 65 of the Amended Complaint, they are not directed at this Defendant, therefore no response is required. Further, the medical records speak for themselves, therefore, no response is required. Defendant denies each and every allegation that is inconsistent with the information contained in the medical records.

66.     With respect to the allegations contained in Paragraph 66 of the Amended Complaint, they are not directed at this Defendant, therefore no response is required. Further, the medical records speak for themselves, therefore, no response is required. Defendant denies each and every allegation to the extent is inconsistent with the information contained in the records. To the extent a response is required, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

67.     With respect to the allegations contained in Paragraph 67 of the Amended Complaint, they are not directed at this Defendant, therefore no response is required. Further, the medical records speak for themselves, therefore, no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

68.     With respect to the allegations contained in Paragraph 68 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

69.     With respect to the allegations contained in Paragraph 69 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations, therefore, they are denied.

70.     With respect to the allegations contained in Paragraph 70 of the Amended Complaint, they are denied.

71.     With respect to the allegations contained in Paragraph 71 of the Amended Complaint, they are denied.

72.     With respect to the allegations contained in Paragraph 72 of the Amended Complaint, they are denied.

73.     With respect to the allegations contained in Paragraph 73 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, they are denied.

74.     With respect to the allegations contained in Paragraph 74 of the Amended Complaint, Defendant admits only to those duties and obligations specifically prescribed by applicable state and federal statutes and regulations. Each and every allegation contained in this paragraph that is inconsistent with those state and federal statutes and regulations is hereby denied.

75.     With respect to the allegations contained in Paragraph 75 of the Amended Complaint, Defendant admits only to those duties and obligations specifically prescribed by applicable state and federal statutes and regulations. Each and every allegation contained in this paragraph that is inconsistent with those state and federal statutes and regulations is hereby denied.

76.     With respect to the allegations contained in Paragraph 76 of the Amended Complaint, they are denied.

77.     With respect to the allegations contained in Paragraph 77 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

78.     With respect to the allegations contained in Paragraph 78 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

79.     With respect to the allegations contained in Paragraph 79 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves, therefore, no response is required. Defendant denies each and every allegation that is inconsistent with the information contained in the medical records. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

80.     With respect to the allegations contained in Paragraph 80 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves, therefore, no response is required. Defendant denies each and every allegation that is inconsistent with the information contained in the medical records. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

81.    With respect to the allegations contained in Paragraph 81 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves, therefore, no response is required. Defendant denies each and every allegation that is inconsistent with the information contained in the medical records. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

82.    With respect to the allegations contained in Paragraph 82 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

83.    With respect to the allegations contained in Paragraph 83 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

84.    With respect to the allegations contained in Paragraph 84 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

85.    With respect to the allegations contained in Paragraph 85 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

86.    With respect to the allegations contained in Paragraph 86 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

87.    With respect to the allegations contained in Paragraph 87 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every

allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

88. With respect to the allegations contained in Paragraph 88 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

89. With respect to the allegations contained in Paragraph 89 of the Amended Complaint, they are not directed at this Defendant, therefore, no response is required. To the extent a response is required, Defendant is without sufficient information or knowledge to admit or deny the allegations contained in the Complaint, therefore, they are denied.

90. With respect to the allegations contained in Paragraph 90 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

91. With respect to the allegations contained in Paragraph 91 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

92. With respect to the allegations contained in Paragraph 92 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

93. With respect to the allegations contained in Paragraph 93 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

94.    With respect to the allegations contained in Paragraph 94 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

95.    With respect to the allegations contained in Paragraph 95 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

96.    With respect to the allegations contained in Paragraph 96 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

97.    With respect to the allegations contained in Paragraph 97 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

98.    With respect to the allegations contained in Paragraph 98 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

99.    With respect to the allegations contained in Paragraph 99 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

100.    With respect to the allegations contained in Paragraph 100 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every

allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

101. With respect to the allegations contained in Paragraph 101 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

102. With respect to the allegations contained in Paragraph 102 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

103. With respect to the allegations contained in Paragraph 103 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

104. With respect to the allegations contained in Paragraph 104 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

105. With respect to the allegations contained in Paragraph 105 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

106. With respect to the allegations contained in Paragraph 106 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

107.    With respect to the allegations contained in Paragraph 107 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

108.    With respect to the allegations contained in Paragraph 108 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

109.    With respect to the allegations contained in Paragraph 109 of the Amended Complaint, the allegations are not directed at this Defendant, therefore, no response is required. To the extent a response is required, the medical records speak for themselves. Each and every allegation contained in this paragraph that is inconsistent with the information contained in the medical records is denied. Furthermore, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

110.    With respect to the allegations contained in Paragraph 110 of the Amended Complaint, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

111.    With respect to the allegations contained in Paragraph 111 of the Amended Complaint, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, they are denied.

### III.    FIRST CLAIM FOR RELIEF
### (Negligence)

112.    Defendant adopts and incorporates its responses to Paragraphs 1 through 111 above as though fully stated herein.

113.    Concerning the allegations contained in Paragraph 113 of the Amended Complaint, the allegations contained in this Paragraph call for legal conclusions to which no response is required. To the extent a response is required, Defendant admits only to those duties imposed expressly by state and federal regulations. Each and every remaining allegation is denied.

114.    Concerning the allegations contained in Paragraph 114 of the Amended Complaint, the allegations contained in this Paragraph call for legal conclusions to which no response is required. To the extent a response is required, Defendant admits only to those duties imposed expressly by state and federal regulations. Each and every remaining allegation is denied.

115.     Concerning the allegations contained in Paragraph 115 of the Amended Complaint, the allegations contained in this Paragraph call for legal conclusions to which no response is required. To the extent a response is required, Defendant admits only to those duties imposed expressly by state and federal regulations. Each and every remaining allegation is denied, including all subparts.

116.     Concerning the allegations contained in Paragraph 116 of the Amended Complaint, they are denied, including all subparts.

117.     Concerning the allegations contained in paragraph 117 of the Amended Complaint, they are denied, including all subparts.

118.     Concerning the allegations contained in Paragraph 118 of the Amended Complaint, they are denied.

119.     Concerning the allegations contained in Paragraph 119 of the Amended Complaint, they are denied.

## IV.     SECOND CLAIM FOR RELIEF
### (Negligence Per Se)

120-123.     Defendant has filed a Motion to Dismiss Plaintiff's Second Claim for Relief, therefore, no response is required.

## V.     THIRD CLAIM FOR RELIEF
### (Vicarious Liability of Defendants for the Acts and Omissions of Defendants' Employees and/or Agents for Negligence and Negligence Per Se)

124-126. Defendant has filed a Motion to Dismiss Plaintiff's Third Claim for Relief, therefore, no response is required.

## VI.     FOURTH CLAIM FOR RELIEF
### (Negligent Training and Supervision)

127.     Defendant adopts and incorporates its responses to Paragraphs 1 through 126 above as though fully set forth herein.

128.     Concerning the allegations contained in Paragraph 128 of the Amended Complaint, the allegations contained in this Paragraph call for legal conclusions to which no response is required. To the extent a response is required, Defendant admits only to those duties imposed expressly by state and federal regulations. Each and every remaining allegation is denied.

129.     Concerning the allegations contained in Paragraph 129 of the Amended Complaint, they are denied.

130.    Concerning the allegations contained in Paragraph 130 of the Amended Complaint, they are denied.

## VII.    FIFTH CLAIM FOR RELIEF
### (Negligent Hiring and Staffing)

131.    Defendant adopts and incorporates its responses to Paragraphs 1 through 130 above as though fully set forth herein.

132.    Concerning the allegations contained in Paragraph 132 of the Amended Complaint, the allegations contained in this Paragraph call for legal conclusions to which no response is required. To the extent a response is required, Defendant admits only to those duties imposed expressly by state and federal regulations. Each and every remaining allegation is denied.

133.    Concerning the allegations contained in Paragraph 133 of the Amended Complaint, the allegations contained in this Paragraph call for legal conclusions to which no response is required. To the extent a response is required, Defendant admits only to those duties imposed expressly by state and federal regulations. Each and every remaining allegation is denied.

134.    Concerning the allegations contained in Paragraph 134 of the Amended Complaint, the allegations contained in this Paragraph call for legal conclusions to which no response is required. To the extent a response is required, Defendant admits only to those duties imposed expressly by state and federal regulations. Each and every remaining allegation is denied.

135.    Concerning the allegations contained in Paragraph 135 of the Amended Complaint, they are denied, including all subparts.

136.    Concerning the allegations contained in Paragraph 136 of the Amended Complaint, they are denied.

137.    Concerning the allegations contained in Paragraph 137 of the Amended Complaint, they are denied.

138.    Concerning the allegations contained in paragraph 138 of the Amended Complaint, they are denied.

139.    Concerning the allegations contained in paragraph 139 of the Amended Complaint, they are denied.

140.    Concerning the allegations contained in paragraph 140 of the Amended Complaint, they are denied.

## VIII.   SIXTH CLAIM FOR RELIEF
### (Damages for Wrongful Death Pursuant to C.R.S. §13-21-210)

141.    Defendant adopts and incorporates its responses to Paragraphs 1 through 140 above as though fully set forth herein.

142.    Concerning the allegations contained in paragraph 142 of the Amended Complaint, Defendant is without sufficient knowledge or information to admit or deny the allegations, therefore, denied.

143. Concerning the allegations contained in Paragraph 143 of the Amended Complaint, they are denied.

144. Concerning the allegations contained in Paragraph 144 of the Amended Complaint, they are denied.

145. Concerning the allegations contained in Paragraph 145 of the Amended Complaint, they are denied.

146. Concerning the allegations contained in Paragraph 146 of the Amended Complaint, they are denied.

## IX.   SEVENTH CLAIM FOR RELIEF
### (Violation of the Colorado Consumer Protection Act)

147.    Defendant adopts and incorporates its responses to Paragraphs 1 through 147 above as though fully set forth herein.

148.    Concerning the allegations contained in Paragraph 148 of the Amended Complaint, they are denied.

149.    Concerning the allegations contained in Paragraph 149 of the Amended Complaint, the Residency Agreement speaks for itself, therefore, no response is required. Defendant denies each and every allegation that is inconsistent with the express language of the Agreement.

150.    Concerning the allegations contained in Paragraph 150 of the Amended Complaint, the Residency Agreement speaks for itself, therefore, no response is required. Defendant denies each and every allegation that is inconsistent with the express language of the Agreement.

151.    Concerning the allegations contained in Paragraph 151 of the Amended Compliant, they are denied.

152.    Concerning the allegations contained in Paragraph 152 of the Amended Complaint, they are denied.

153.    Concerning the allegations contained in Paragraph 153 of the Amended Complaint, they are denied.

154.    Concerning the allegations contained in Paragraph 154 of the Amended Complaint, they are denied.

155.    Concerning the allegations contained in Paragraph 155 of the Amended Complaint, they are denied.

## X.    EIGHTH CLAIM FOR RELIEF
### (Breach of Contract)

156-160. Defendant has filed a Motion to Dismiss Plaintiffs' Eighth Claim for Relief, therefore, no response is required.

## XI.    PRAYER FOR RELIEF

Defendant denies each and every allegation contained in Plaintiffs' prayer for relief including denying Plaintiffs are entitled to recovery of any damages, including economic losses, non-economic losses, attorney's fees, any damages provided for by the Colorado Wrongful Death Act, costs, fees, interest, exemplary damages, or any such requested relief.

## AFFIRMATIVE AND OTHER DEFENSES

### First Defense

Plaintiff may have failed to state a claim upon which relief may be granted.

### Second Defense

Plaintiff may lack standing to assert claims against Defendant.

### Third Defense

The damages complained of by the Plaintiff may have been caused by acts or omissions of others over whom Defendant had no control or right of control.

### Fourth Defense

Recovery by Plaintiff, if any, is limited to damages flowing solely from the conduct of Defendant pursuant to Section 13-21-111.5, C.R.S.  Defendant reserves the right to designate non-parties pursuant to subsection (3)(b) of the statute, and to assert the applicable substantive and procedural provisions of the Colorado Uniform Contribution Among Tortfeasors Act, Section 13-50.5-102, *et seq.*, C.R.S.

### Fifth Defense

Plaintiff's injuries, damages, and losses, if any, may have been the result of Plaintiff's failure to mitigate damages.

### Sixth Defense

This action may be barred by the applicable statute of limitations.

### Seventh Defense

Plaintiff's alleged injuries, damages, and losses were not caused by any alleged act or omission of Defendant.

### Eighth Defense

Plaintiff may not be a real party in interest to sue for all or part of the alleged damages.

### Ninth Defense

In the event judgment is entered against Defendant, it is entitled to a reduction of the judgment pursuant to Section 13-21-111.6, C.R.S., to the extent and the amount of any collateral source payments.  Further, Defendant hereby notifies the Plaintiff of its intent to rely upon Section 13-64-402, C.R.S., with respect to any subrogated claims by or on behalf of any third-party payor or provider.

### Tenth Defense

Upon information and belief, Plaintiff's injuries and damages, if any, may have been a direct and proximate result of Plaintiff's own negligence, which negligence bars or comparatively diminishes Plaintiff's right of recovery pursuant to Section 13-21-111, C.R.S.

### Eleventh Defense

Upon information and belief, Plaintiff's injuries and damages, if any, may have been the result of one or more pre-existing conditions.

### Twelfth Defense

Plaintiff's claims for both economic and non-economic damages are limited by the provisions of the Health Care Availability Act, Section 13-64-101, *et seq.*, C.R.S.

### Thirteenth Defense

Plaintiff's claims may be dismissed for failure to plead with sufficient particularity.

### Fourteenth Defense

Plaintiff's claims may have been proximately caused by unforeseeable, independent, intervening or superseding events beyond the control and unrelated to the conduct of Defendant. Defendant's actions and omissions, if any, were superseded by such unforeseeable, independent, intervening and superseding events, and as such, Defendant is not liable.

### Fifteenth Defense

Defendant asserts all affirmative defenses available under federal and state statutes and regulations, including, but not limited to, 42 U.S.C. § 1396, *et seq.*, 42 C.F.R. § 483, *et seq.*, Chapter V of the Colorado Department of Public Health and Environment Regulations, and related judicial authorities interpreting and applying them.

### Sixteenth Defense

Plaintiff is not entitled to attorney fees.

### Seventeenth Defense

Plaintiff's claims may be barred by contracts/agreements between the parties.

### Eighteenth Defense

Plaintiff is not entitled to a jury trial pursuant to the express waiver of same in the contracts/agreements entered into between the parties.

Respectfully submitted this 25th day of June 2020.

/s/ *Karen M. Shimonsky*

Peggy E. Kozal
Karen M. Shimonsky
GORDON REES SCULLY MANSUKHANI LLP
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Telephone: (303) 534-5160
Telefax: (303) 534-5161
pkozal@grsm.com
kshimonsky@grsm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of June 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel of record:

Leslie A. Frost
FROST & BECK, PC
6898 S. University Blvd., Suite 110
Centennial, CO 80122
leslie@frostbecklaw.com

*Attorneys for Plaintiffs*

    *s/ Linda S. Montoya*
FOR GORDON REES SCULLY MANSUKHANI, LLP

21