**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01188-KLM

PATRICK ADAMS, individually and as
personal representative of the Estate of
Andree C. Adams; and CHRISTELLE BECK

       Plaintiffs,

v.

SUNRISE SENIOR LIVING, LLC, a
Virginia limited liability company;
SZR ORCHARD AL, LLC, d/b/a
SUNRISE AT ORCHARD; and DOES 1-5,

       Defendants.

---

## JOINT STATUS REPORT

---

Pursuant to this Court's Minute Order entered on July 17, 2020, the parties were instructed to either file dismissal papers or a status report on or before August 17, 2020. The parties have reached a resolution in this matter and are in the process of finalizing paperwork memorializing their agreements. The parties anticipate paperwork will be finalized shortly, and the parties will file dismissal paperwork thereafter. The parties request an extension of time to file dismissal paperwork. The parties request an additional 14 days to file dismissal paperwork.

Undersigned counsel represents she spoke with Plaintiffs' counsel's office today who represented Plaintiffs are in need of the requested short extension to file the dismissal paperwork, and counsel authorized the filing of this joint status report.

Respectfully submitted this 17th day of August, 2020.

  *s/ Karen M. Shimonsky*

Peggy E. Kozal
Karen M. Shimonsky
GORDON REES SCULLY MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Tel: (303) 534-5160
Fax: (303) 534-5161
pkozal@grsm.com
kshimonsky@grsm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of August 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record.

Leslie A. Frost
FROST & BECK, PC
6898 S. University Blvd., Suite 110
Centennial, CO 80122
leslie@frostbecklaw.com

*Attorneys for Plaintiffs*

    *s/ Linda S. Montoya*
FOR GORDON REES SCULLY MANSUKHANI, LLP

3