**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO.:   1-20-cv-01188-KLM

PATRICK ADAMS, individually and as      :
Personal Representative of the Estate of      :
Andree C. Adams; and CHRISTELLE BECK      :
     :
     Plaintiffs,      :
     :
vs.      :
     :
SUNRISE SENIOR LIVING      :
MANAGEMENT, INC., a Virginia corporation,      :
SZR ORCHARD AL, LLC, a Colorado Limited      :
Liability Corporation d/b/a SUNRISE AT      :
ORCHARD; and DOES 1-5,      :
     :
     Defendants.      :

## <u>UNOPPOSED</u> MOTION FOR ENLARGEMENT OF TIME TO FILE SETTLEMENT AND DISMISSAL DOCUMENTS

**COME NOW**, the Plaintiffs, Patrick Adams, Individually and as Personal Representative of the Estate of Andree C. Adams, and Christelle Beck, by and through their counsel, Leslie A. Frost of Frost & Beck, PC, and respectfully move the Court for an order enlarging the time to file the final settlement and dismissal documents with the Court, and in support thereof, state as follows:

1. Pursuant to D.C.COLO.LCivR 7.1, counsel for Plaintiffs conferred with Defendants' counsel on August 31, 2020. Counsel for Defendants represented that they do not oppose the request herein.

2. Pursuant to this Court's Minute Order of August 18, 2020 [#34], the Parties were instructed to file dismissal papers by August 31, 2020.

3. The Parties are in the final stages of obtaining signatures on the Settlement documents and request an additional 14 days to file the dismissal paperwork.

4. Neither party will be prejudiced by this brief enlargement of time for the filing deadline.

5. Pursuant to D.C.COLO.LCivR 6.1, a copy of this Motion is being served on the Plaintiffs by the undersigned counsel.

WHEREFORE, for good cause stated herein, the Plaintiffs respectfully request the Court to enlarge the deadline until Monday, September 14, 2020 for counsel to file the dismissal documents.

Respectfully submitted this 31st day of August 2020.

/s/ Leslie A. Frost
Leslie A. Frost #40386
FROST & BECK, PC
6898 S. University Boulevard
Suite 110
Centennial, CO 80122
(303) 433-0707 – telephone
(303) 648-5874 – facsimile
leslie@frostbecklaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF E-FILING AND SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all Counsel of Record, on this 31st day of August 2020.

/s/ Laura A. Berkey

Laura A. Berkey
*Certified Paralegal*
*laura@frostbecklaw.com*