**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO.:   1-20-cv-01188-KLM

PATRICK ADAMS, individually and as :
Personal Representative of the Estate of :
Andree C. Adams; and CHRISTELLE BECK :
:
     Plaintiffs, :
:
vs. :
:
SUNRISE SENIOR LIVING :
MANAGEMENT, INC., a Virginia corporation, :
SZR ORCHARD AL, LLC, a Colorado Limited :
Liability Corporation d/b/a SUNRISE AT :
ORCHARD; and DOES 1-5, :
:
     Defendants. :

---

## <u>UNOPPOSED</u> THIRD MOTION FOR ENLARGEMENT OF TIME
## TO FILE DISMISSAL DOCUMENTS

---

**COME NOW**, the Plaintiffs, Patrick Adams, Individually and as Personal Representative of the Estate of Andree C. Adams, and Christelle Beck, by and through their counsel, Leslie A. Frost of Frost & Beck, PC, and respectfully move the Court for an order enlarging the time to file the final dismissal documents with the Court, and in support thereof, state as follows:

1. Pursuant to D.C.COLO.LCivR 7.1, counsel for Plaintiffs conferred with Defendants' counsel on August 31, 2020, September 14, 2020 and September 28, 2020. Counsel for Defendants represented that they do not oppose the request herein.

2. Pursuant to this Court's Minute Order of August 18, 2020 [#34], the Parties were instructed to file dismissal papers by August 31, 2020.

3. On August 31, 2020, the Petitioner filed an Unopposed Motion for Enlargement of Time to File Dismissal Documents. [#35]

4. On September 4, 2020, this Court granted an extension of time until September 14, 2020 to file the Dismissal Documents. [#36]

5. On September 14, 2020 the Petitioner filed a Second Unopposed Motion for Enlargement of Time to File Dismissal Documents. [#38]

6. On September 17, 2020 this Court granted a second extension of time until September 28, 2020 to file the Dismissal Documents. [#39]

7. Plaintiffs are still awaiting the signatures of the Defendants on the Settlement documents and request an additional 30 days to file the Dismissal paperwork. Counsel for Plaintiffs again conferred with Counsel for Defendants and they do not object to the filing of this Third Unopposed Motion for Enlargement of time to File Dismissal Documents.

8. Neither party will be prejudiced by this brief enlargement of time for the filing deadline.

9. Pursuant to D.C.COLO.LCivR 6.1, a copy of this Motion is being served on the Plaintiffs by the undersigned counsel.

WHEREFORE, for good cause stated herein, the Plaintiffs respectfully request the Court to enlarge the deadline until Wednesday, October 28, 2020 for counsel to file the dismissal documents.

Respectfully submitted this 28th day of September 2020.

*/s/ Leslie A. Frost*
Leslie A. Frost #40386
FROST & BECK, PC
6898 S. University Boulevard
Suite 110
Centennial, CO 80122
(303) 433-0707 – telephone
(303) 648-5874 – facsimile
leslie@frostbecklaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF E-FILING AND SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all Counsel of Record, on this 28th day of September 2020.

*/s/ Laura A. Berkey*
Laura A. Berkey
*Certified Paralegal*

2