**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01188-KLM

PATRICK ADAMS, individually and as
personal representative of the Estate of
Andree C. Adams; and CHRISTELLE BECK

        Plaintiffs,

v.

SUNRISE SENIOR LIVING, MANAGEMENT, INC. a
Virginia limited liability company;
SZR ORCHARD AL, LLC, d/b/a
SUNRISE AT ORCHARD; and DOES 1-5,

        Defendants.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, through their respective counsel, stipulate that all claims brought or that could have been brought against Defendants Sunrise Senior Living Management, Inc. and SZR Orchard AL, LLC d/b/a Sunrise at Orchard and Does 1-5 be dismissed, *with prejudice*, with all parties responsible for their respective costs and fees.

| | |
|---|---|
| *s/ Leslie A. Frost* | *s/ Karen M. Shimonsky* |
| Leslie A. Frost, #40386 | Karen M. Shimonsky, #53415 |
| **FROST & BECK, PC** | **GORDON REES SCULLY MANSUKHANI LLP** |
| 6898 S. University Blvd., Suite 110 | 555 Seventeenth Street, Suite 3400 |
| Centennial, CO 80122 | Denver, CO 80202 |
| *leslie@frostbecklaw.com* | *kshimonsky@grsm.com* |
| *Attorney for Plaintiff* | *Attorney for Defendant* |